**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**
FILED
RICHARD W. NAGEL
CLERK OF COURT
2025 NOV 25 PM 4:20
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. CINCINNATI

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:25-cr-00127 |
| Plaintiff, | JUDGE HOPKINS |
| v. | INFORMATION |
| BARRY W. KLEEMAN, | 18 U. S. C. § 1956(a)(1)(B)(i) 18 U. S. C. § 2 |
| Defendant. | |

**THE UNITED STATES ATTORNEY CHARGES:**

<u>COUNT 1</u>
**(Concealment Money Laundering)**

On or about October 25, 2023, in the Southern District of Ohio and elsewhere, the defendant, **BARRY W. KLEEMAN**, did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, to wit, **KLEEMAN** transferred and caused to be transferred $120,000.00 from his business bank account for BKSOFTWARES LLC, ending in x1725, to another account by wire, which involved the proceeds of a specified unlawful activity, that is, wire fraud, in violation of 18 U.S.C. § 1343, knowing that the property involved in the transaction was involved in some form of illegal activity, and knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of the specified unlawful activity.

All in violation of 18 U.S.C. §§ 1956(a)(l)(B)(i), 2.

**DOMINICK S. GERACE II**
**UNITED STATES ATTORNEY**

_E Taiwo_

**EBUNOLUWA A. TAIWO**
**ASSISTANT UNITED STATES ATTORNEY**

